IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-31149

_____

DOUGLAS R. WHITTINGTON, SR., JEAN WHITTINGTON, TONI WHITTINGTON &
JUSTIN WHITTINGTON,

Plaintiffs-Appellants,

versus

OVERSEAS BULKTANK CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court for
the Eastern District of Louisiana
(94-CV-3851)
_____

March 26, 1998

Before JONES, SMITH, Circuit Judges, and SHAW, District Judge.[1]

PER CURIAM:[2]

Douglas R. Whittington, his wife, and their two children appeal from the judgment in their action under the Longshoremen Harbor Workers Compensation Act, 33 U.S.C. § 905(b), against the Overseas Bulktank Corporation for injuries Douglas Whittington

_____

[1]United States District Judge for the Western District of Louisiana, sitting by designation.

[2]Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

sustained during the mooring of the M/V OVERSEAS ARCTIC at the Murphy Oil Company Facility on the Mississippi River. The Whittingtons contend that the district court's factual findings are clearly erroneous and that the district court applied the incorrect legal standard to their case.

We have reviewed the briefs and the pertinent portions of the record, and we find no reversible error. Accordingly, we affirm for essentially the reasons relied upon by the district court. *See Whittington v. Overseas Bulk Tank,* No. 94-CV-3851 (E.D. La. June 18, 1996).

**AFFIRMED.**